UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 16-142** |
| v. | * | **SECTION: "H"** |
| **REHER MORRIS** | * | **VIOLATIONS:** 18 U.S.C. § 2252(a)(2) |
| | | 18 U.S.C. § 2252(b)(1) |
| | * | 18 U.S.C. § 2253 |

\* \* \*

## FACTUAL BASIS

Should this matter proceed to trial, both the government and the defendant, **REHER J. MORRIS ("MORRIS")**, do hereby stipulate and agree that the following facts set forth a sufficient factual basis for the crime to which the defendant is pleading guilty and that the government would prove the following beyond a reasonable doubt at trial:

The government would present evidence that, as a result of a Cybertip from the National Center for Missing and Exploited Children, the Louisiana Attorney General's Office ("LAGO") and the U.S. Department of Homeland Security, Homeland Security Investigations, initiated an investigation and determined that **MORRIS** was using a Dropbox account associated with an IP address assigned to Professional Automotive Service located in Houma, LA 70360.

On December 7, 2015, a state search warrant was issued for **MORRIS's** place of employment. During the search, investigators conducted a preview search of **MORRIS's** cellular telephone and discovered over 100 images of children engaging in sexually explicit conduct.

Defendant's Initials _RJ_     Page 1

After being advised of his *Miranda* rights, **MORRIS** admitted to using the email addresses modlover88@gmail.com and lollover88@gmail.com to trade child pornography over the internet for the previous six months. According to **MORRIS**, he only used his iPhone 4 to trade child pornography over the internet. **MORRIS** said he was the only person responsible for the child pornography being received or distributed using the AT&T internet service at Professional Automotive Service in Houma, LA. **MORRIS** disclosed he first saw child pornography on the website www.imgsrc.ru and that he used the website to meet others whom he communicated via email to discuss child pornography. **MORRIS** said he used www.Dropbox.com, connected to his email address modlover88@gmail.com, on his cellular telephone to receive, store, and view child pornography.

In total, HSI computer forensic examiners located 12,004 images and 115 videos depicting the sexual victimization of children on **MORRIS's** iPhone4. Specifically, these images and videos depict the rape, bondage, and sexual exploitation of pre-pubescent girls and boys engaged in sexual acts with adults.

Testimony would establish that some of the images and videos received by **MORRIS** were of prepubescent children less than 18 years of age; to wit: less than twelve (12)- years-old and that the images of the child victims were "sexually explicit" as defined in Title 18, United States Code, Section 2256. All of the images and videos depicting the sexual victimization of minors received by **MORRIS** would be introduced through the testimony of HSI agents.

Further, the government would present evidence to establish that the images and videos of child pornography received by the defendant had been transported in interstate and foreign commerce via computer or had been produced using materials that had been mailed, shipped, or transported in and affecting interstate and foreign commerce.

Various records and testimonial evidence, including testimony from representatives of HSI, LAGO, as well as other witnesses would also be called to prove the facts set forth above.

| | |
|---|---|
| _____ | 11/3/16 |
| REHER MORRIS | DATE |
| Defendant | |
| | |
| _____ | 11/3/16 |
| CLAUDE J. KELLY | DATE |
| Counsel for Defendant | |
| | |
| _____ | 11/3/16 |
| BRIAN M. KLEBBA | DATE |
| Assistant United States Attorney | |