UNITED STATES   DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 16-142 |
| v. | * | SECTION: "H" |
| REHER MORRIS | * | |
| | * * * | |

## PRELIMINARY ORDER OF FORFEITURE

Based upon the Motion and Brief of the United States for Issuance of a Preliminary Order of Forfeiture in the above-captioned case, and the reasons stated therein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that, based on the defendant's Plea Agreement and Factual Basis, that the following property is subject to forfeiture pursuant to 18 U.S.C. § 2253 and that the Government has established the requisite nexus between such property and such offenses and is hereby forfeited to the United States of America:

iPhone 4, Model A1332.

**IT IS FURTHER ORDERED** that, upon the imposition of sentence on the defendant, REHER MORRIS, this Preliminary Order of Forfeiture becomes final as to the defendant, REHER MORRIS, becomes part of the sentence and is hereby included in the Judgment nunc pro tunc, as if copied therein in extenso.

**IT IS FURTHER ORDERED** that the United States Marshal seize forthwith the following forfeited property:

iPhone 4, Model A1332;

and dispose of it in accordance with law.  The aforementioned forfeited property is to be held by the United States Marshals Service, as indicated, in its secure custody and control.

Pursuant to 18 U.S.C. § 2253(b) and Fed.R.Crim.P. 32.2(b)(6), the United States Government shall publish notice at www.forfeiture.gov of this Order, for 30 consecutive days, notice of the Marshal's intent to dispose of the property in such a manner as the Attorney General may direct and notice that any person, other than the defendants, having or claiming a legal interest in any of the above-listed forfeited property must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property, the time and circumstances of petitioner's acquisition of the right, title and interest in the forfeited property, and any additional facts supporting the petitioner's claim, and the relief sought.

The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Preliminary Order of Forfeiture as a substitute for published notice as to those persons so notified.

Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253 and Fed.R.Crim.P. 32.2 (c)(2), in which all interests will be addressed.

The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed.R.Crim.P. 32.2(e).

New Orleans, Louisiana, this <u>10th  day of </u> November, 2016.

_____
UNITED STATES DISTRICT JUDGE