MINUTE ENTRY
MILAZZO, J.
JUNE 29, 2017

JS-10: 00:17

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | 16-142 |
| REHER MORRIS | SECTION "H" |

### SENTENCING

CASE MANAGER: ERIN MOULEDOUS
COURT REPORTER: KAREN IBOS
LAW CLERK: JAMES GILBERT

APPEARANCES:   BRIAN KLEBBA, AUSA, FOR GOVERNMENT
CLAUDE KELLY, FOR DEFENDANT

Case called at 9:13 a.m.
Counsel appear for the record.
Defendant present for sentencing.
On November 3, 2016, defendant entered into a guilty plea as to Count 1 of the Indictment.
Defendant, Defense Counsel, and parents of the Defendant address the Court.
Defendant sentenced as to Count 1 of the Indictment.
**See Judgment and Commitment Order.**
Defendant is hereby ORDERED to surrender to the Bureau of Prisons by reporting to the designated institution on or before **October 2, 2017.**
**See Surrender Order.**
Court adjourned at 9:30 a.m.